IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM R. CHATMAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0652 |
| | ) | Judge Trauger |
| | ) | |
| KIERSTEN CRABTREE, PING MENG, | ) | |
| and SUSAN HOWELL, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The defendants have filed a Motion to Exclude Plaintiff From Using Any Expert Report or Testimony And to Dismiss Claims (Docket No. 70), to which the plaintiff has filed a Response (Docket No. 71). The motion is **GRANTED** to the extent that the plaintiff will not be allowed to utilize any expert testimony at trial, having missed the deadlines for disclosing such. The motion is **DENIED**, to the extent that it seeks dismissal on the grounds that this case is a medical negligence action. It is not a medical negligence case; it is a civil rights case under 42 U.S.C. § 1983, and expert testimony will not be required to prove the violation. The plaintiff will be allowed to use treating physicians to prove his case at trial.

It is so **ORDERED**.

ENTER this 19th day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge