# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM R. CHATMAN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:11-0652 |
| ) | Judge Trauger |
| ) | |
| KIERSTEN CRABTREE, PING MENG, ) | |
| and SUSAN HOWELL, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby **ORDERED** that, by February 10, 2014, the plaintiff shall either have new counsel enter an appearance of record in this case or file a notice that he will be representing himself going forward in this case. Pending before the court is a Motion For Summary Judgment that was filed by the defendants on September 6, 2013. Either new counsel must respond to this motion by a deadline to be set by the court, or the plaintiff must do so himself. The plaintiff is forewarned that failure by the plaintiff to either have new counsel enter an appearance of record or file a notice that he will be representing himself could well result in the granting of this summary judgment in favor of the defendants and the dismissal of this case.

It is further **ORDERED** that the Clerk shall mail a copy of this Order to the plaintiff at his home address in Nashville, Tennessee, by certified mail, return receipt requested.

It is so **ORDERED**.

ENTER this 21st day of January 2014.

_____
ALETA A. TRAUGER
U.S. District Judge